IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY SINN,

        Petitioner,

  v.

B. CURRY, Warden,

        Respondent.
                               /

No. C-08-1706 MMC (PR)
C-08-4579 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the respondent's motions to dismiss the above-titled petitions as moot are hereby GRANTED, and the petitions are hereby DISMISSED both as moot and by reason of petitioner's failure to comply with the Court's orders.

Dated: November 22, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY SINN,

        Petitioner,

  v.

B. CURRY, Warden,

        Respondent.
                                           /

No. C-08-1706 MMC (PR)
C-08-4579 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the respondent's motions to dismiss the above-titled petitions as moot are hereby GRANTED, and the petitions are hereby DISMISSED both as moot and by reason of petitioner's failure to comply with the Court's orders.

Dated: November 22, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk